UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA REYES, ET AL.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF KERN, ET AL.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01340-CDB<br><br>ORDER ON STIPULATION AMENDING SCHEDULING ORDER **AS MODIFIED**<br><br>(ECF No. 34) |

  Pending before the Court is the parties' stipulated request to amend the case management dates – the fourth such request since the initial scheduling order issued in December 2021. (ECF No. 34). Counsel for the parties represent in the stipulation that an extension of fact and expert discovery deadlines and the date to file non-dispositive motions should be extended following the recent discovery by counsel for Defendants of material documents inadvertently not produced to Plaintiff before the closing of fact discovery.

  Because it was not clear to the Court why a discovery and motion filing extension of the type requested by the parties was warranted based on the facts asserted, the Court convened a status conference to determine what additional good cause supported the request. Counsel for the parties appeared on March 16, 203, and set forth additional facts relevant to their request for extension. (Doc. 36). Among other things, counsel described the substance of the documents only recently disclosed and generally described the likely need to undertake and/or re-notice additional

1 depositions.

2     Between the representations made by counsel in the parties' stipulation and during the
3 status conference, the Court finds good cause for a narrowly tailored extension in the period to
4 complete fact and expert discovery. To accommodate the parties' requested extension of discovery
5 and motion filing dates, the Court also will grant a limited continuance in the pretrial conference
6 and trial dates.

7     Accordingly, based on the parties' representations in the stipulation and for good cause
8 shown, IT IS HEREBY ORDERED that the scheduling order be amended as follows:

9

| Deadline | Current | Amended |
|---|---|---|
| Fact Discovery cut off: | 06/05/2023 | 06/05/2023 |
| Expert Disclosure: | 03/27/2023 | 06/26/2023 |
| Supp. Expert Disclosure: | 04/28/2023 | 07/10/2023 |
| Expert Discovery Cut Off: | 05/15/2023 | 07/19/2023 |
| Non-Dispositive Motion Filing: | 06/05/2023 | 07/19/2023 |
| Non-Dispositive Motion Hearing: | 07/21/2023 | 09/04/2023 |
| Dispositive Motion Filing: | 08/07/2023 | 08/07/2023 |
| Dispositive Motion Hearing: | 09/13/2023 | 09/27/2023 |
| Pre-Trial Conference Date: | 10/02/2023 | 11/01/2023 |
| Trial | 10/23/2023 | 12/6/2023 |

21     IT IS FURTHER ORDERED, not later than March 27, 2023, the parties shall file a joint
22 report in which they identify the deponents whose depositions remain to be taken or retaken in
23 light of the recently produced documents, and certify that the depositions have been noticed.
24 Further, not later than April 3, 2023, the parties shall file a joint report in which they certify the
25 confirmed dates on which those depositions are scheduled to occur.

26 / / /

27 / / /

28 / / /

Further requests for discovery, motion or trial extensions are discouraged and no requests for extension will be granted without a showing of diligence by the parties and good cause.

IT IS SO ORDERED.

Dated:   **March 16, 2023**  _____

UNITED STATES MAGISTRATE JUDGE