UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA REYES, *et al*.<br><br>            Plaintiffs,<br><br>     v.<br><br>COUNTY OF KERN.<br><br>            Defendant. | Case No. 1:21-cv-01340-CDB<br><br>ORDER VACATING TRIAL DATES AND DIRECTING PARTIES TO FILE UNOPPOSED PETITION FOR APPROVAL OF MINOR'S COMPROMISE<br><br>(Doc. 41) |

On September 7, 2021, Defendant County of Kern removed this action filed by Plaintiffs in Kern County Superior Court. (Doc. 1). On June 26, 2023, the parties reached a global settlement of all claims as to all three Plaintiffs. (Doc. 41 at 2).

Pending before the Court is the parties' request to vacate all dates remaining in the case, including trial, and to set a date by which Plaintiffs shall file the petition for approval of compromise of minor's claim. *Id*.

Based on the parties' representations and for good cause appearing, it is HEREBY ORDERED:

1. The December 6, 2023, trial date and all related dates are VACATED;
2. The parties shall file the unopposed petition for approval of compromise of minor's claim on or before July 28, 2023; and

/ / /

1

3. The Court will schedule a hearing as necessary and appropriate following its review of the parties' unopposed petition.

IT IS SO ORDERED.

Dated: __**July 17, 2023**__

_____
UNITED STATES MAGISTRATE JUDGE