1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

ANNA REYES, *et al*.

Case No. 1:21-cv-01340-CDB

12

Plaintiffs,

ORDER GRANTING PETITION FOR APPROVAL OF MINOR'S COMPROMISE OF CLAIMS

13

v.

14

COUNTY OF KERN.

(Docs. 43, 45)

15

Defendant.

21-Day Deadline

16
17

18       On July 28, 2023, Plaintiffs filed a petition for approval of minor's compromise of claims.

19   (Doc. 43).  On August 2, 2023, the Court ordered Plaintiffs to submit supplemental briefing after

20   determining Plaintiffs' petition did not satisfy the requirements under Local Rules 202.  (Doc. 44 at 4-

21   6) (noting Plaintiffs' petition did not adequately address the suitability of the settlement amount and

22   the proposed attorney's fees).

23       On August 16, 2023, Plaintiffs filed a supplement in support of the petition for approval of

24   minor's compromise of claims.  (Doc. 45).  In that supplement, Plaintiffs addressed the steps the

25   parties took to settle this matter and represented "that the proposed compromise settlement as being

26   fair, reasonable, and in the best interests of said minor plaintiffs."  *Id*. at 3.  Plaintiffs provided

27   responsive information on how Plaintiffs' counsel became involved in this case.  *Id*. at 3-4.  Further,

28   Plaintiffs provided details about the manner of disbursement of funds to the minor Plaintiffs.

Plaintiffs also provided case authority citing examples of recoveries in similar cases demonstrating the suitability of the settlement amount.  (Doc. 45 at 5-6).  Plaintiffs assert the attorneys' fees set at $7,250 (25% of $29,000) and $7,563.96 in litigation costs are appropriate.  *Id*. at 4-5.  Plaintiffs note a 25% recovery in attorney's fees in contingency cases involving minors is a benchmark in the Eastern District and provides details on the litigation costs associated with this action.  *Id*.

Plaintiffs' petition and supplemental briefing satisfy the requirements of Local Rule 202 and persuade the Court the compromise is fair and reasonable.  Moreover, Plaintiffs' briefing establishes good cause for Plaintiffs' attorney's fees and litigation costs.  Accordingly, IT IS HEREBY ORDERED

1. Plaintiffs' petition for approval of minor's compromise of claims (Doc. 43) is GRANTED;

2. Defendant Kern County on behalf of Kern County Sheriff's Department will pay the sum of $19,333.33 payable in one check to guardian ad litem Christina Hungerford on behalf of minors K.H.B. and P.H.B., and their attorney's client trust account, Geragos & Geragos IOLTA;

3. Defendant Kern County on behalf of Kern County Sheriff's Department will pay the sum of $9,666.67 payable in one check to Anna Reyes, and her attorney's client trust account Geragos & Geragos IOLTA;

4. Attorney's fees and costs shall be paid to Geragos & Geragos, APC as follows: attorney's fees in the amount of $7,250 to be borne equally by all Plaintiffs and costs and expenses that were incurred and/or advanced by counsel total $7,563.96 to be borne equally by all Plaintiffs;

5. Plaintiffs L.B.H. and P.B.H.'s share of $9,457.36 settlement proceeds shall be deposited into a blocked account for which their mother will serve as trustee, with the express restriction that no sum can be withdrawn without court order, or until the children become eighteen years old; and

6. The parties are directed to file dispositional document within twenty-one (21) days of the date of this order, or on or before that date, show cause for an extension of time. *See* Local Rule 160(b).

IT IS SO ORDERED.

Dated:   **August 24, 2023**

_____
UNITED STATES MAGISTRATE JUDGE

3