UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA REYES, *et al*.<br><br>                    Plaintiffs,<br><br>        v.<br><br>COUNTY OF KERN,<br><br>                    Defendant. | Case No. 1:21-cv-01340-CDB<br><br>AMENDMENT TO ORDER GRANTING PETITION FOR APPROVAL OF MINOR'S COMPROMISE OF CLAIMS<br><br>(Docs. 47, 49) |

Pending before the Court is Plaintiffs' Notice of Errata to Order Granting Petition for Approval of Minor's Compromise of Claims (Docs. 47, 49), including the supporting declaration of Daniel Tapetillo (Doc. 47-1). For good cause shown therein, IT IS HEREBY ORDERED, the Court's Order Granting Petition for Approval of Minor's Compromise of Claims, dated August 24, 2023 (Doc. 46), is amended to the following extent:

1. Defendant County of Kern, on behalf of Kern County Sheriff's Department will pay the sum of $19,133.33 payable in one check to guardian ad litem Christina Hungerford on behalf of minors L.B.H. and P.B.H, and their attorney's client trust account Geragos & Geragos IOLTA.

IT IS SO ORDERED.

Dated:  **September 13, 2023**                              _____
                                                                                  UNITED STATES MAGISTRATE JUDGE